IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LAFARGA, | No. C-08-4420 TEH (PR) |
|     Petitioner, | |
|     v. | ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY |
| M. MARTEL, Warden, | |
|     Respondent. | (Doc. #16) |

Petitioner has filed a Notice of Appeal, which the Court also construes as an application for a Certificate of Appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Doc. #16. Petitioner is appealing this Court's November 3, 2009 Order dismissing his 28 U.S.C. § 2254 petition on the ground that it was untimely under 28 U.S.C. § 2244(d). Doc. #14.

Petitioner's request for a Certificate of Appealability is DENIED because he has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

//
//

The Clerk shall forward to the court of appeals the case file with this Order. See <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

DATED   09/20/10

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.08\LaFarga-08-4420-deny COA.wpd

2